IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pennix Jr, Frederick T

Printed: 11/11/08

Case Number: 05 B 47641
Judge: Wedoff, Eugene R
Filed: 10/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 7, 2008
Confirmed: December 1, 2005

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 32,400.00 |  |
| Secured: |  | 4,078.28 |
| Unsecured: |  | 23,847.81 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,773.91 |
| Other Funds: |  | 0.00 |
| Totals: | 32,400.00 | 32,400.00 |

### DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | CitiFinancial | Secured | 0.00 | 0.00 |
| 3. | Onyx Acceptance Corp | Secured | 4,078.28 | 4,078.28 |
| 4. | ECast Settlement Corp | Unsecured | 1,078.10 | 1,549.38 |
| 5. | ECast Settlement Corp | Unsecured | 562.53 | 808.43 |
| 6. | Discover Financial Services | Unsecured | 1,650.28 | 2,371.67 |
| 7. | Wells Fargo Bank | Unsecured | 6,128.49 | 8,807.47 |
| 8. | CitiFinancial | Unsecured | 1,151.69 | 1,655.14 |
| 9. | Resurgent Capital Services | Unsecured | 2,503.87 | 3,598.37 |
| 10. | Resurgent Capital Services | Unsecured | 881.42 | 1,266.84 |
| 11. | Resurgent Capital Services | Unsecured | 311.67 | 447.92 |
| 12. | Resurgent Capital Services | Unsecured | 1,814.84 | 2,608.19 |
| 13. | RoundUp Funding LLC | Unsecured | 145.05 | 208.46 |
| 14. | Capital One | Unsecured | 365.94 | 525.94 |
| 15. | Best Buy | Unsecured |  | No Claim Filed |
| 16. | Bank Of America | Unsecured |  | No Claim Filed |
| 17. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |
| 18. | AFSA Data Corp | Unsecured |  | No Claim Filed |
| 19. | Marshall Field & Company | Unsecured |  | No Claim Filed |
|  |  |  | $ 23,372.16 | $ 30,626.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Pennix Jr, Frederick T | Case Number:  05 B 47641 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/11/08 | Filed:  10/11/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 357.79 |
| 5% | 131.63 |
| 4.8% | 295.41 |
| 5.4% | 607.90 |
| 6.5% | 321.78 |
| 6.6% | 59.40 |
| | $ 1,773.91 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

